# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| United States of America<br>v.<br>ARMANDO GUZMAN-ROQUE<br>[DOB: 2/22/1985]<br><br>*Defendant(s)* | ) ) ) ) ) ) ) | Case No.<br>25-mj-2051DPR |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 28, 2025__ in the county of __Greene County__ in the __Western District__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Sections 1326(a). | Illegal Reentry into the United States after Deportation |

This criminal complaint is based on these facts:
See Attachment B to this Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA DAVID MUIR, HSI-ICE
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim.P. 4.1 and 4(d).

Date: 6/3/25

_____
*Judge's signature*

City and state: Springfield, Missouri

Hon. David P. Rush, US Magistrate Judge
*Printed name and title*